UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALVIN ANTHONY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 05-2065 |
| | ) | |
| v. | ) | |
| | ) | |
| PROVENA ST. MARY'S HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Calvin Anthony, Jr. filed his complaint against Provena St. Mary's Hospital on March 9, 2005. The complaint was titled "Amended Complaint"[1] and referred to "attached exhibits" that were not attached. Additionally, the plaintiff did not submit a civil cover sheet.

On March 10, 2005, the court ordered the plaintiff to submit, within five days, a "complaint" along with the "attached exhibits" and a completed civil cover sheet.

The plaintiff has failed to comply with the court's March 10, 2005 order. The docket sheet reflects no activity after March 10, 2005. Therefore, this case is dismissed for lack of prosecution.

Entered this 3rd day of May, 2005.

                                     **s\Harold A. Baker**
                                     HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE

---

[1] The "amended complaint" was the first document filed in this case; there was nothing to amend.