AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**

Tuesday, 03 May, 2005  11:07:18 AM

Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CALVIN ANTHONY , JR.**
     **Plaintiff,**


          vs.                                          Case Number:    **05-2065**


**PROVENA ST. MARY'S HOSPITAL,**
          **Defendant.**


☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED** that this case is dismissed for lack of prosecution.


          ENTER this 3rd day of May, 2005.


          s/John M. Waters

          _____

          JOHN M. WATERS, CLERK

          s/S. Johnson

          _____

          BY:  DEPUTY CLERK